TYLER E. LYMAN, INC. *v.* ALBERT C. LODRINI ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 78 Conn. App. 684 (AC 23377), is denied.

*David P. Condon,* in support of the petition.

Decided October 1, 2003